UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:  Chapter 13

ANTONIO ESPARAZA GUERRA  Case No.15-22129
ATHENA MARIE GUERRA
        Debtor.  Hon. Daniel S. Opperman
_____/

**COVER SHEET FOR MOTION TO APPROVE SALE PROCEDURES**

The debtor has filed a motion for approval of procedures for the sale of assets, which is attached to this cover sheet. Pursuant to E.D. Mich. L.B.R. 6004-1, the debtor has identified below, by page and paragraph number, the location in the proposed order accompanying the motion of each of the following provisions:

| PROVISION | Contained in proposed order | Location in proposed order |
|---|---|---|
| (1) Provisions concerning the qualifications of the bidding parties. | ___ Yes<br> X  No | Page ___, ¶ ___ |
| (2) Provisions concerning the criteria for a qualifying bid and any deadlines for (i) submitting such a bid, and (ii) notification of whether the bid made constitutes a qualifying bid. | ___ Yes<br> X  No | Page ___, ¶ ___ |
| (3) Provisions that require qualified bids to identify points of variation from the stalking horse bid (including price and other terms). | ___ Yes<br> X  No | Page ___, ¶ ___ |

| | | |
|---|---|---|
| (4) Provisions pertaining to the conditions to the qualified bidders' obligation to consummate the purchase (including the time period within which the purchaser must close the transaction). | ____ Yes<br><br> X   No | Page ___, ¶ ___ |
| (5) Provisions pertaining to the amount required for a good faith deposit. | ____ Yes<br><br> X   No | Page ___, ¶ ___ |
| (6) Provisions that relate to a "Back-Up Buyer" should the first winning bidder fail to close the transaction within a specified period of time. | ____ Yes<br><br> X   No | Page ___, ¶ ___ |
| (7) No-shop or No-Solicitation provisions including the justification for such provision. | ____ Yes<br><br> X   No | Page ___, ¶ ___ |
| (8) Provisions relating to Break-Up fees, Topping fees, and/or Expense Reimbursement (including the waiver of such fees due to rebidding). | ____ Yes<br><br> X   No | Page ___, ¶ ___ |
| (9) Provisions specifying the bidding increments. | ____ Yes<br><br> X   No | Page ___, ¶ ___ |
| (10) Provisions relating to auction procedures including manner in which auction is to be conducted and when the auction will be open and when it will close. | ____ Yes<br><br> X   No | Page ___, ¶ ___ |
| (11) Provisions relating to whether the auction will occur and the termination of the auction process and/or sale. | ____ Yes<br><br> X   No | Page ___, ¶ ___ |
| (12) Provision whether 14 day stay of F.R.Bankr.P. 6004(h) and 6006(d) is waived. |  X    Yes<br><br>____ No | Page 3, ¶ 14 |
| (13) Provisions regarding timing for notice, submission of bids, objections to sale and other key events. | ____ Yes<br><br> X   No | Page ___, ¶ ___ |

Date:   February 21, 2017          /s/ Michael C. Reinert
                                   Michael C. Reinert (P26898)
                                   Attorney for Debtors