UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

In Re:  Case No. **15-22129**
**ANTONIO ESPARAZA GUERRA**  Chapter 13 Bankruptcy
**ATHENA MARIE GUERRA**  Honorable Daniel S. Opperman

_____Debtor(s)/

### CHAPTER 13 DEBTORS' MOTION SEEKING COURT AUTHORITY TO SELL ONE LUMP SUM ANNUITY PAYMENT OF $100,000.00 DUE ON MAY 15, 2022 TO J.G. WENTWORTH ORIGINATIONS, LLC

NOW COME the debtors, ANTONIO ESPARAZA GUERRA and ATHENA MARIE GUERRA, by and through their counsel, REINERT & REINERT, by Michael C. Reinert, and hereby move the Court for an order granting the debtors the authority to sell one lump sum annuity payment of $100,000.00 due to Antonio Guerra on May 15, 2022 in exchange for an immediate $64,000.00 from J.G. Wentworth Originations, LLC and in support thereof state unto the Court the following:

1. This motion is brought pursuant to LBR 6004-1(E.D.M.), 11 U.S.C. § 363(b), and F.R.Bankr.P. 2002 and 6004.

2. Attached hereto and labeled as Exhibit 1 is a proposed order the debtors are requesting the Court enter pursuant to this motion.

3. The debtors filed a voluntary joint petition under Chapter 13 of the United States Bankruptcy Code on November 3, 2015.

4. The Chapter 13 plan in this case was confirmed by the Court on March 18, 2016.

5. The confirmed plan provides for the payment in full of all allowed unsecured claim other than guaranteed student loan debt that is non-dischargeable and will continue to be paid by the debtors after completion of the plan.

6. The plan is a "100% plan" in order to meet the best interest of creditors test pursuant to 11 U.S.C. § 1325(a)(4).

7. The proposed subject sale will not change the debtors' requirement to pay all allowed unsecured claims in full through the plan as described above.

8. The annuity that provides the lump sum payment that is to be sold by the debtors pursuant to this motion and after entry of the order by the Court was fully disclosed on the debtors' Schedule B and fully exempted on the debtors' Schedule C that were filed with the United States Bankruptcy Court and no objections were filed to the exemption and the time to file an objection to the exemption has expired.

9. Both of the debtors have been off work for extended periods of time and debtor Athena Guerra is currently unemployed. For this reason the debtors wish to sell the lump sum payment that would otherwise not be received by them until May 15, 2022 in exchange for an immediate payment of $64,000.00 from J.G. Wentworth Originations, LLC.

10. The details of the proposed purchase are set forth in the attached Purchase Agreement between the debtor Antonio Guerra and J.G. Wentworth Originations, LLC, a copy of which is attached hereto as Exhibit 2.

11. The terms and conditions of the proposed purchase agreement are incorporated herein as fully set forth. To summarize the proposed sale, the debtor Antonio Guerra is selling one lump sum payment of $100,000.00 due to him on an annuity he received as part of a structured settlement. The $100,000.00 payment is not due to him until May 15, 2022. In exchange for the sale of his right to receive $100,000.00 on May 15, 2022, the debtor Antonio Guerra will receive from J.G. Wentworth Originations, LLC, $64,000.00.

12. Pursuant to information received from J.G. Wentworth Originations, LLC on February 8, 2017, the discounted present value of the aggregate $100,000.00 "Purchase Payment" at the federal interest rate of 2.40% is $88,089.81. The discounted present value is the calculation of the current value of the transferred structured settlement payments [Purchase Payments] under federal standards for valuing annuities. Based on the net amount the debtor will receive in payment from J.G. Wentworth Originations, LLC, and the amounts and timing of the structured settlement payments the debtor is selling, this is the equivalent of interest payments to J.G. Wentworth Originations, LLC at a rate of 8.70% per year.

13. The debtor has been made aware of the substantial discount he is accepting for the immediate sale of the $100,000.00 lump sum payment that he is schedule to receive on May 15, 2022. The debtors need this money to assist with their ongoing living expenses until Mrs. Guerra returns to work.

14. The debtors request the fourteen-day stay pursuant to F.R.Bankr.P. 6004(h) be waived to allow the closing on the sale to complete immediately upon Court approval of this motion.

WHEREFORE, the debtors request an order approving the proposed sale of the one lump sum payment as described above to J.G. Wentworth Originations, LLC according to the terms and conditions set forth herein.

Respectfully submitted,

REINERT & REINERT

Date: February 21, 2017   /s/ Michael C. Reinert
MICHAEL C. REINERT (P26898)
Attorney for Debtors
3434 Davenport Avenue
Saginaw, MI 48602
(989)799-8860 Phone <> (989)799-8861 Fax
ecf@mcreinert.com

Prepared by:
Reinert & Reinert
By: Michael C. Reinert (P26898)
Attorney for Debtors